AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

March 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ kk _____
DEPUTY

|  |  |
|---|---|
| United States of America<br>v.<br><br><br><br>Isaias Rodriguez Hernandez<br>*Defendant(s)* | )<br>)<br>)  Case No. **1:26-MJ-00322**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 12, 2026** in the county of **Travis** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a)(1) & (b) | Assaulting, Resisting, or Impeding a Federal Officer. |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

**Matthew Goryl, Special Agent, HSI**
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: **3/30/2026**
_____

_____
*Judge's signature*

City and state:  **Austin, Texas**
_____

**Dustin M. Howell, United States Magistrate Judge**
_____
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § § § § § | **FILED UNDER SEAL** |
| | § | **No. 1:26-MJ-00322** |
| **v.** | § § | |
| **ISAIAS RODRIGUEZ HERNANDEZ,** | § § | **[Ct. 1: 18 U.S.C. § 111(a)(1) & (b) – Assaulting, Resisting, or Impeding a Federal Officer]** |
| *Defendant.* | § § § § | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Goryl, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I make this Affidavit in support of a criminal complaint charging Isaias RODRIGUEZ-HERNANDEZ ("Isaias") for violating 18 U.S.C. § 111(a)(1) & (b), Assaulting, Resisting, or Impeding a Federal Officer.

2. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since February 2025. I am currently assigned to HSI's Austin, Texas office. My responsibilities as a SA with HSI include but are not limited to: conducting investigations; interviewing suspects, witnesses, and victims; executing arrests and searches; collecting and processing evidence; analyzing records and digital evidence; use of force; and other law enforcement-related duties. My duties include investigating criminal violations of the United States Code within the Western District of Texas.

3. I received training at the Federal Law Enforcement Training Center, where I successfully completed the Federal Law Enforcement Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training School. I have received specialized

training in federal offenses, including human smuggling, immigration law, narcotics smuggling, physical and electronic surveillance techniques, and criminal investigations. I have investigated and/or participated in investigations involving violations of immigration law, firearm smuggling, narcotics, human trafficking, child exploitation, and assault on federal officers in violation of 18 U.S.C. § 111(a)(1) & (b).

4. The facts in this affidavit come from my personal observations, as well as information obtained from other agents, law enforcement officers, and witnesses, including reports and body camera footage prepared by Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE-ERO") Deportation Officers ("DO"), the Travis County Sheriff's Office ("TCSO"), and the Texas Department of Public Safety ("DPS"). This affidavit is intended to show that there is probable cause for the issuance of the proposed arrest warrant and does not set forth all of my knowledge about this matter.

## FACTUAL SUMMARY

5. On January 12, 2026, ICE-ERO personnel assigned to the Austin office initiated an immigration operation within the Western District of Texas. During the operation, an incident occurred involving ICE-ERO and two target vehicles: a white van displaying Texas License Plate NZB7613 (TARGET VEHICLE #1), operated by Isaias RODRIGUEZ-HERNANDEZ ("Isaias"), and a white Chevrolet Silverado pickup truck displaying Texas License Plate HWY9991 (TARGET VEHICLE #2), operated by German RODRIGUEZ-HERNANDEZ ("German"), with Hermilo MONDRAGON JR in the passenger seat of TARGET VEHICLE #2 recording the incident on his phone.

6. At approximately 0900 hours, ICE-ERO personnel observed TARGET VEHICLE #1 traveling on Highway 79 toward 130 South in Austin, Texas. Law enforcement database queries

confirmed TARGET VEHICLE #1 was registered to German, who did not have immigration status to be lawfully present in the United States. ICE-ERO attempted to stop TARGET VEHICLE #1 by activating their emergency equipment in their government assigned vehicles. However, the driver of TARGET VEHICHLE #1, later determined to be Isaias, refused to stop and a short vehicle pursuit ensued. The ICE-ERO vehicles involved in the pursuit of TARGET VEHICLE #1 had overhead red and blue lights flashing and sirens emitting throughout the pursuit.

7. At approximately 0910 hours, ICE-ERO personnel "boxed" in TARGET VEHICLE #1 on the right-hand shoulder of the road. ICE-ERO Officer Freddie Rodriguez positioned his vehicle in front of TARGET VEHICLE #1, while ICE-ERO Officer Jorge Zepeda positioned his vehicle to the rear. As Officer Zepeda exited his vehicle to make contact with Isaias (TARGET VEHICLE #1), German intentionally veered TARGET VEHICLE #2 toward Officer Zepeda's driver's side door, colliding with the open door as Officer Zepeda was exiting. Officer Zepeda narrowly avoided injury by retreating into his vehicle before impact. German then fled the scene at a high rate of speed.

8. While TARGET VEHICLE #2 struck Officer Zepeda's vehicle, Isaias intentionally drove TARGET VEHICLE #1 into Officer Rodriguez's vehicle positioned in front. Officer Rodriguez described TARGET VEHICLE #1 as accelerating and ramming the rear of his government vehicle, causing it to slide and spin 360 degrees until it faced the opposite direction. Isaias continued to drive into Officer Rodriguez's vehicle until he freed himself and fled southbound on Highway 130 at a high rate of speed.

9. Officer Rodriguez turned his vehicle around and attempted to catch up to TARGET VEHICLE #1. He observed TARGET VEHICLE #1 exit onto State Highway 130 Service Road and reach

a stop sign at the intersection of Pearce Lane and State Highway 130 Service Road. Isaias accelerated through the stop sign, causing a collision with a gray Toyota SUV (victim vehicle).

10. A Travis County Sheriff's Office (TCSO) Deputy responded to the collision. The driver of the victim vehicle reported that TARGET VEHICLE #1 ran the stop sign, causing the victim's vehicle to strike the left rear of TARGET VEHICLE #1 and then continued to drive. The passenger in the victim's vehicle was transported to the hospital.

11. Officer Rodriguez followed TARGET VEHICLE #1 onto Pearce Lane and observed Isaias maneuver TARGET VEHICLE #1 from its normal lane of travel onto the dirt shoulder on the left-hand side of the road driving towards oncoming traffic. Isaias exited TARGET VEHICLE #1 and fled on foot, leaving TARGET VEHICLE #1 in drive. Officer Rodriguez placed his vehicle in front of TARGET VEHICLE #1 to prevent it from entering oncoming traffic. I examined photographs of Officer Rodriguez's vehicle after the incident, which confirmed significant damage to the right side, including extensive dents and scraping along the rear quarter panel, passenger-side doors, and rear bumper. The nature and location of the damage are consistent with the forceful impact from TARGET VEHICLE #1.



12. At approximately 1145 hours, I arrived at the location where the ICE-ERO vehicles were struck and interviewed Jennifer RODRIGUEZ and Gloria MENDOZA-MONDRAGON. Gloria was later identified as German's spouse. Jennifer stated that her husband, Hermilo MONDRAGON JR, recorded the incident on his phone from the passenger seat of TARGET VEHICLE #2. Gloria and Jennifer positively identified Isaias as the driver of TARGET VEHICLE #1 and German as the driver of TARGET VEHICLE #2.

13. On January 16, 2026, a federal arrest warrant was issued for GERMAN in the Western District of Texas for violations of 18 U.S.C. § 111(a)(1) & (b). Refer to the affidavit and criminal complaint 1:26-mj-00053-SH for probable cause pertaining to the arrest warrant. GERMAN

was arrested on January 22, 2026.

14. On March 16, 2026, at approximately 1350 hours, I interviewed Hermilo MONDRAGON JR, the passenger in TARGET VEHICLE #2 who recorded the incident on his phone. MONDRAGON JR stated that he observed a ICE-ERO vehicle with activated red and blue lights and sirens attempt to pull over TARGET VEHICLE #1, driven by Isaias. When asked why German followed the ICE-ERO vehicles during the pursuit, MONDRAGON JR explained that Isaias is German's brother and German was concerned because Isaias does not have lawful immigration status to be present in the United States. MONDRAGON JR admitted that he recognized the law enforcement vehicles as ICE vehicles prior to TARGET VEHICLE #1 and TARGET VEHICLE #2 intentionally colliding with them (the ICE vehicles).

15. MONDRAGON JR provided three original video recordings of the incident. My review confirmed that the ICE-ERO vehicles boxed in TARGET VEHICLE #1, pulled over to the side of the road, and came to a stop. Isaias then repeatedly drove TARGET VEHICLE #1 into Officer Rodriguez's vehicle, causing it to face the opposite direction into oncoming traffic. Isaias continued to drive into Officer Rodriguez's vehicle until he freed himself and fled. Officer Rodriguez's emergency lights and sirens were continuously activated throughout the pursuit.

16. Officer Zepeda and Officer Rodriguez were engaged in the performance of their official duties during the incident described above and Isaias impeded and interfered with those official duties.

17. Immigration records reviewed confirmed that Isaias has never had valid immigration status and is currently illegally present in the United States.

## CONCLUSION

12. Based on the foregoing, I submit that probable cause exists to believe that Isaias RODRIGUEZ-HERNANDEZ intentionally committed the offense set forth in the proposed criminal complaint.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Matthew Goryl
Special Agent
Homeland Security Investigations

Sworn to me telephonically under Fed. R. Crim. P. 4.1 on   March 30, 2026.

_____
HON. DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE