**FILED**

April 21, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ VAR

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA
Plaintiff

v

ISAIAS RODRIGUEZ-HERNANDEZ
Defendant

**1:26-CR-00214-DAE**

INDICTMENT

[Ct. 1: 18 U.S.C. § 111(a)(1) & (b) –
Assaulting, Resisting or Impeding a Federal
Officer Using a Dangerous Weapon]

THE GRAND JURY CHARGES:

COUNT ONE
Assaulting, Resisting or Impeding a Federal Officer Using a Dangerous Weapon
[18 U.S.C. § 111(a)(1) & (b)]

On or about January 12, 2026, in the Western District of Texas, Defendant,

**ISAIAS RODRIGUEZ-HERNANDEZ,**

did forcibly assault, impede and interfere with persons designated in 18 U.S.C. § 1114, to wit:

Immigration and Customs Enforcement officers engaged in the performance of official duties,

with a dangerous weapon, to wit: a motor vehicle.

In violation of 18 U.S.C. § 111(a)(1) & (b).

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
FOR: GRANT SPARKS
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT – ISAIAS RODRIGUEZ-HERNANDEZ